AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 14, 2005  12:35 |
| NAME OF SERVER (PRINT) Shelly Miles | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon Donovan Garcia c/o Harvard Business Services located at 25 Greystone Manor Lewes DE 19958. Service accepted by Amy R Culver at 12:35

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/14/05
Date

Shelly Miles
Signature of Server

32 Loockerman St Suite 109 Dover DE 19904
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

INDEPENDENCE CAPITAL
MANAGEMENT, INC., a Pennsylvania
corporation,          V.

INDEPENDENCE CAPITAL MANAGEMENT,
LLC, a limited liability company
of the State of Delaware,
DONOVAN GARCIA, WILLIAM SCHNIEDERS,
JAMES SCHNIEDERS and JOHN DOES 1-10

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 5 - 3 8 7

TO: (Name and address of Defendant)

Donovan Garcia
c/o Harvard Business Services
25 Greystone Manor
Lewes, DE  19958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Freebery
McCarter & English, LLP
919 N. Market St., 18th Floor
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                         JUN 1 3 2005

CLERK                                                    DATE

(By) DEPUTY CLERK