IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., a Pennsylvania Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-387 |
| INDEPENDENCE CAPITAL MANAGEMENT, LLC, A limited liability Company of the State of Delaware, DONOVAN GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jonathan M.H. Short to represent Plaintiff International Capital Management, Inc. in this matter.

McCARTER & ENGLISH, LLP

Date: 6/20/05

James J. Freebery (Del. Bar I.D. #3498)
919 North Market Street, 18th Floor
Wilmington, DE 19801
(302) 984-6300
Attorney for Plaintiff

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* for Jonathan M.H. Short is GRANTED.

Date:_____

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid __✓__ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted to _____ the Clerk's Office upon the filing of this motion.

Date: 6/15/05

Jonathan M.H. Short
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street, P.O. Box 652
Newark, NJ 07101-0652
973-622-4444