## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., a Pennsylvania Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-387 (JJF) |
| INDEPENDENCE CAPITAL MANAGEMENT, LLC, a limited Liability company of the State of Delaware, DONOVAN GARCIA, WILLIAM GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS, And JOHN DOES 1-10, | ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## ENTRY OF DEFAULT

It appears from the record that the following Defendants failed to plead or otherwise defend in this case as required by law: Independence Capital Management, LLC, Donovan Garcia, William Schnieders, and James Schnieders (collectively, "Defendants").

Therefore Default is entered against the Defendants as authorized by Federal Rule of Civil Procedure Rule 55(a).

Dated: _____      By: _____
                                          Clerk of the District Court