IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENCE CAPITAL MANAGEMENT, LLC, a limited Liability company of the State of Delaware, DONOVAN GARCIA, WILLIAM GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS, And JOHN DOES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-387 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

COMES NOW Plaintiff, Independence Capital Management, Inc. ("ICMI"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(a), respectfully asks that the Clerk enter a Default against Defendants Independence Capital Management, LLC ("ICM-LLC"), Donovan Garcia ("Garcia"), William Schnieders ("W. Schnieders") and James Schnieders ("J. Schnieders") (collectively, "Defendants"). In support of this Request, ICMI states as follows:

1.      This matter arises out of Defendants' violation of the Trademark Act of 1946, as amended, 15 U.S.C. §§1051, *et seq.* (the "Lanham Act") and the Delaware Deceptive Trade Practices Act, 6 *Del. C.* §§2531-36 ("DDTPA").

2.      ICMI filed a Complaint against Defendants on June 13, 2005.

ME1\5134578.1

3. Service on defendant ICM-LLC was made by serving its registered agent, Harvard Business Services, on June 14, 2005. Service on Defendants Garcia, W. Schnieder and J. Schneider was made on them in their capacity as officers, members and employees of ICM-LLC by serving ICM-LLC's registered agent, Harvard Business Services, on June 14, 2005.

4. The returns of service on Defendants were filed with the Court on June 15, 2005.

5. Under Federal Rule of Civil Procedure 12(a), Defendants were required to file a pleading responsive to the Complaint by July 5, 2005.

6. As of the date of the filing of the present Motion, Defendants have failed to appear, plead or otherwise defend the Complaint herein as required by the Federal Rules of Civil Procedure.

7. None of the Defendants are infants or incompetent persons.

WHEREFORE, ICMI respectfully requests that the Clerk enter the Defendants' Default.

**MCCARTER & ENGLISH, LLP**

Dated: July 20, 2005

JAMES J. FREEBERY (DE Bar ID 3498)
919 North Market Street, 18th Floor
Wilmington, DE 19801
Telephone: 302-984-6300
Facsimile: 302-984-6399

WILLIAM J. HELLER
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street, P.O. Box 652
Newark, NJ 07101-0652
Telephone: (973) 622-4444

ME1\5134578.1