## DECLARATION

I, William J. Heller, of full age, declare as follows:

1. I am a member of the firm of McCarter & English, LLP, counsel for Plaintiff in the above-captioned matter.

2. The facts stated in the foregoing Request for the Entry of Default are true.

I declare under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on July 19, 2005.    By: _____
                                  William J. Heller

ME1\5134578.1