## CERTIFICATE OF SERVICE

I, James J. Freebery, hereby certify that on July 20, 2005, I caused a copy of the

foregoing Request for Entry of Default and Declaration in Support Thereof to be served on the

following via first class mail, postage prepaid:

Independence Capital Management, LLC
c/o Harvard Business Services
25 Greystone Manor
Lewes, DE  19958

William Schnieders
c/o Harvard Business Services
25 Greystone Manor
Lewes, DE  19958

Donovan Garcia
c/o Harvard Business Services
25 Greystone Manor
Lewes, DE  19958

James Scnieders
c/o Harvard Business Services
25 Greystone Manor
Lewes, DE  19958

_____
James J. Freebery (DE Bar ID #3498)

WL1: 108376.01