**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., a Pennsylvania Corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 05-387 (JJF) |
| INDEPENDENCE CAPITAL MANAGEMENT, LLC, a limited Liability company of the State of Delaware, DONOVAN GARCIA, WILLIAM GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS, And JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR**
**ENTRY OF DEFAULT JUDGMENT**

COMES NOW Plaintiff, Independence Capital Management, Inc. ("ICMI"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b)(2), respectfully asks that this Honorable Court enter an Order of Judgment against Defendants Independence Capital Management, LLC ("ICM-LLC"), Donovan Garcia ("Garcia"), William Schnieders ("W. Schnieders") and James Schnieders ("J. Schnieders") (collectively, "Defendants") jointly, severally and individually. In support of this Motion, ICMI states as follows:

1. This matter arises out of Defendants' violation of the Trademark Act of 1946, as amended, 15 U.S.C. §§1051, *et seq.* (the "Lanham Act") and the Delaware Deceptive Trade Practices Act, 6 *Del. C.* §§2531-36 ("DDTPA").

2. ICMI filed a Complaint against Defendants on June 13, 2005.

ME1\5113381.2

3. Service on defendant ICM-LLC was made by serving its registered agent, Harvard Business Services, on June 14, 2005. Service on Defendants Garcia, W. Schnieder and J. Schneider was made on them in their capacity as officers, members and employees of ICM-LLC by serving ICM-LLC's registered agent, Harvard Business Services, on June 14, 2005.

4. None of the Defendants are infants or incompetent persons.

5. The returns of service on Defendants were filed with the Court on June 15, 2005.

6. Under Federal Rule of Civil Procedure 12(a), Defendants were required to file a responsive pleading to the Complaint by July 5, 2005. All Defendants failed to answer or otherwise file a responsive pleading on or before July 5, 2005.

7. On July 20, 2005, Plaintiff filed with the clerk of this Honorable Court a <u>Request for Entry of Default and Declaration in Support Thereof</u> (the "Request for Entry of Default"). (Docket #9)(Ex. 1). The Request for Entry of Default was served upon all Defendants.

8. The Request for Entry of Default was supported by the Declaration of William J. Heller.

9. Defendants have failed to appear, plead or otherwise defend the Complaint or challenge the Request for Entry of Default as required by the Federal Rules of Civil Procedure and applicable District Court Local Rules.

10. Plaintiff files this Plaintiff's <u>Motion for Entry of Default Judgment</u> pursuant to Federal Rule of Civil Procedure 55(b), seeking an Order, in the form attached hereto for certain monetary damages and other equitable relief prayed for in

Plaintiff's Complaint, Plaintiff's Request for Entry of Default, and this, Plaintiff's <u>Motion for Entry of Default Judgment</u>, and all other pleadings and filings of record in this matter.

11. Plaintiff has accrued costs in this action, together with reasonable attorneys' fees and disbursements in the amount of $14,293.12 through the date of August 24, 2005 (*See* Declaration of Franklin L. Best, Jr. (Ex.2)), and additional costs and attorneys' fees accrued from August 25, 2005 through the entry of an Order in this matter in an amount determined and presented to this Court on the date of the hearing, against all Defendants, jointly, severally and individually.

WHEREFORE, ICMI respectfully requests that this Honorable Court enter an Order in the form attached hereto:

1. Enjoining and restraining, defendants, their officers, agents, servants, employees, and attorneys, their successors and assigns, and all others in active concert or participation with defendants, from the use of the trademark, service mark, and/or trade name INDEPENDENCE CAPITAL MANAGEMENT, or any mark or name confusingly similar thereto.

2. Requiring defendants, and all others holding by, through or under defendants, jointly, severally and individually, to:

    a. pay to ICMI the costs of this action, together with reasonable attorneys' fees and disbursements;

    b. deliver up for destruction all signs and materials bearing the infringing mark "Independence Capital Management;"

    c. send a notice to all existing customers of defendants to notify them of the change of trade name and service marks as ordered by the Court;

    d.    file with the Court and serve on ICMI an affidavit setting forth in detail the manner and form in which they have complied with the terms of the injunction;

3.    Granting ICMI such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

                          **MCCARTER & ENGLISH, LLP**

Dated: August 29, 2005        /s/ James J. Freebery
JAMES J. FREEBERY (DE Bar ID 3498)
919 North Market Street, 18th Floor
Wilmington, DE 19801
Telephone: 302-984-6300
Facsimile: 302-984-6399

WILLIAM J. HELLER
JONATHAN M.H. SHORT
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street, P.O. Box 652
Newark, NJ 07101-0652
Telephone: (973) 622-4444