# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., a Pennsylvania Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENCE CAPITAL MANAGEMENT, LLC, a limited Liability company of the State of Delaware, DONOVAN GARCIA, WILLIAM GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS, And JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-387 (JJF) |

## REQUEST FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

COMES NOW Plaintiff, Independence Capital Management, Inc. ("ICMI"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(a), respectfully asks that the Clerk enter a Default against Defendants Independence Capital Management, LLC ("ICM-LLC"), Donovan Garcia ("Garcia"), William Schnieders ("W. Schnieders") and James Schnieders ("J. Schnieders") (collectively, "Defendants"). In support of this Request, ICMI states as follows:

1. This matter arises out of Defendants' violation of the Trademark Act of 1946, as amended, 15 U.S.C. §§1051, *et seq.* (the "Lanham Act") and the Delaware Deceptive Trade Practices Act, 6 *Del. C.* §§2531-36 ("DDTPA").

2. ICMI filed a Complaint against Defendants on June 13, 2005.

MEI\5134578.1

3. Service on defendant ICM-LLC was made by serving its registered agent, Harvard Business Services, on June 14, 2005. Service on Defendants Garcia, W. Schnieder and J. Schneider was made on them in their capacity as officers, members and employees of ICM-LLC by serving ICM-LLC's registered agent, Harvard Business Services, on June 14, 2005.

4. The returns of service on Defendants were filed with the Court on June 15, 2005.

5. Under Federal Rule of Civil Procedure 12(a), Defendants were required to file a pleading responsive to the Complaint by July 5, 2005.

6. As of the date of the filing of the present Motion, Defendants have failed to appear, plead or otherwise defend the Complaint herein as required by the Federal Rules of Civil Procedure.

7. None of the Defendants are infants or incompetent persons.

WHEREFORE, ICMI respectfully requests that the Clerk enter the Defendants' Default.

MCCARTER & ENGLISH, LLP

Dated: July 20, 2005

JAMES J. FREEBERY (DE Bar ID 3498)
919 North Market Street, 18th Floor
Wilmington, DE 19801
Telephone: 302-984-6300
Facsimile: 302-984-6399

WILLIAM J. HELLER
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street, P.O. Box 652
Newark, NJ 07101-0652
Telephone: (973) 622-4444

ME1\5134578.1

## DECLARATION

I, William J. Heller, of full age, declare as follows:

1. I am a member of the firm of McCarter & English, LLP, counsel for Plaintiff in the above-captioned matter.

2. The facts stated in the foregoing Request for the Entry of Default are true.

I declare under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on July 19, 2005.

By: _____
William J. Heller

MEI\5134578.1

**Motions**
1:05-cv-00387-JJF Independence Capital Management, Inc. v. Independence Capital Management, LLC et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Freebery, James J. entered on 7/20/2005 at 2:30 PM EDT and filed on 7/20/2005

**Case Name:** Independence Capital Management, Inc. v. Independence Capital Management, LLC et al
**Case Number:** 1:05-cv-387
**Filer:** Independence Capital Management Inc.
**Document Number:** 9

**Docket Text:**
MOTION for Default Judgment as to all defendants - filed by Independence Capital Management Inc.. (Attachments: # (1) Exhibit Declaration in Support of Request for Entry of Default# (2) Exhibit Certificate of Service)(Freebery, James)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/20/2005] [FileNumber=72233-0]
[e4bc38b0ff2a7b356b6ef21efacbb23f4d8a0023ca1f103207ae562b843ef554199bd
a8f6f01f5d4607e940674ffb12afcb753f52ba4f808e84f66760636eaf6]]
**Document description:** Exhibit Declaration in Support of Request for Entry of Default
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/20/2005] [FileNumber=72233-1]
[4796c175047057c367e8d8054d105ca347c2cd84e31f693b14fb64bc73e93eb1ba047
ae0293a10455ae7e527ce94a3e8ec4b9b5fb562f3e5a5b17bf761cdd491]]
**Document description:** Exhibit Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/20/2005] [FileNumber=72233-2]
[2507e87be9d876f890ac279c6c702e681a26c5dbd6d2eaf4b2a462ebae13f9946f819
d07790bb578925d160ac6a09caa004aca3283ada3c2f78b3cc811498f10]]

**1:05-cv-387 Notice will be electronically mailed to:**

James J. Freebery , IV    jfreebery@mccarter.com,

**1:05-cv-387 Notice will be delivered by other means to:**