# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENCE CAPITAL MANAGEMENT, LLC, a limited Liability company of the State of Delaware, DONOVAN GARCIA, WILLIAM GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS, And JOHN DOES 1-10,<br><br>Defendants. | ) | C.A. No. 05-387 (JJF) |

**DECLARATION OF FRANKLIN L. BEST, JR.**

FRANKLIN L. BEST, JR., of full age, declares as follows:

1. I am an attorney-at-law in the Commonwealth of Pennsylvania and Managing Corporate Counsel for Penn Mutual Life Insurance Company, the parent company of Plaintiff, Independence Capital Management, Inc. ("ICMI"). I make this Declaration in support of the request by Plaintiff ICMI for Entry of Default Judgment against Defendants Independence Capital Management, LLC ("ICM-LLC"), Donovan Garcia ("Garcia"), William Schnieders ("W. Schnieders") and James Schnieders ("J. Schnieders") (collectively, "Defendants"), jointly, severally and individually.

2. Howson & Howson ("the Howson Firm") has provided legal services to ICMI in connection with the investigation of the defendants and their infringing activities. Attached as Exhibit A are copies of bills detailing these

services and the related expenses that relate to the defendants; other and unrelated portions of those invoices have been redacted.

3.    Services in this action were performed by George A. Smith, Jr., a member of the Howson Firm, at his normal billing rate of $300 per hour.

4.    The Howson Firm's attorneys performed a total of 4.65 hours of services in this action, for a net total of $1,395.00 in attorneys' fees in this action, and incurred $38.00 in expenses.

5.    McCarter & English, LLP (the "McCarter Firm") has provided legal services to ICMI in this action.  Attached as Exhibit B are copies of bills detailing these services and the related expenses, with attorney-client privileged information (if any) in those invoices redacted.

6.    Services in this action were performed by William J. Heller, a member of the McCarter Firm, at his normal billing rate of $365 per hour, by A. Richard Winchester, a special counsel of the McCarter Firm, at his normal billing rate of $275 per hour, by James J. Freebery, an associate of the McCarter Firm, at his normal billing rate of $280 per hour, by Jonathan M.H. Short, an associate of the McCarter Firm, at his normal billing rate of $200 per hour, by Johanna Darby, a law clerk at the McCarter Firm, at her normal billing rate of $150 per hour, by Debra A. Agosta, a paralegal at the McCarter Firm, at her normal billing rate of $140 per hour, by Bobbi Mortimer, a paralegal at the McCarter Firm, at her normal billing rate of $120 per hour, and by Francis J. Rogers, a staff member at the McCarter Firm, at his normal billing rate of $115 per hour.

7. The McCarter Firm's attorneys performed a total of 50.35 hours of services in this action, for a net total of $12,359.25 in attorneys' fees in this action, and incurred $500.87 in expenses.

8. Thus, the total amount requested is $14,293.12.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2005.

By: [signature]
FRANKLIN L. BEST, JR.

ID No. 23-0713920

rit to:

HOWSON & HOWSON
One Spring House Corporate Center
321 Norristown Road
P.O. Box 457
Spring House, PA 19477

Tel (215) 540-9200
Fax (215) 540-5818

Franklin L. Best, Jr., Esquire
Penn Mutual Life Insurance Company
600 Dresher Road
Horsham, PA 19044

Invoice # 250468

February 7, 2005

| | Amount |
|---|---|
| PML0103211 | |
| | 360.00 |
| | 210.00 |
| | 45.00 |
| | 5.00 |
| SUBTOTAL: | [ 620.00] |

**EXHIBIT A**

Fed ID No. 23-0?13920

Remit to:

MAR - 3 2005

HOWSON & HOWSON
One Spring House Corporate Center
321 Norristown Road
P.O. Box 457
Spring House, PA 19477

Tel (215) 540-9200
Fax (215) 540-5818

Franklin L. Best, Jr., Esquire
Penn Mutual Life Insurance Company
600 Dresher Road
Horsham, PA 19044

Invoice # 250654

March 7, 2005

PML0103211

| | Amount |
|---|---|
| | 540.00 |
| | 150.00 |
| | 9.00 |
| SUBTOTAL: | [ 699.00] |

Fed ID No. 23-0713920

Remit to:

HOWSON & HOWSON
One Spring House Corporate Center
321 Norristown Road
P.O. Box 457
Spring House, PA 19477

Tel (215) 540-9200
Fax (215) 540-5818

Franklin L. Best, Jr., Esquire
Penn Mutual Life Insurance Company
600 Dresher Road
Horsham, PA 19044

Invoice # 250887

March 31, 2005

PML0103221

| | Amount |
|---|---|
| | 90.00 |
| | 20.00 |
| | 4.00 |
| SUBTOTAL: | [ 114.00] |

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652

ATTORNEYS AT LAW

Page 1
July 14, 2005
Invoice 7368109

092095 PENN MUTUAL LIFE INSURANCE COMPANY
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC

FRANKLIN L. BEST, JR., ESQUIRE
MANAGING CORPORATE COUNSEL
PENN MUTUAL LIFE INSURANCE COMPANY
600 DRESHER ROAD
HORSHAM, PA 19044

| | |
|---|---|
| **TOTAL FEES** | $5,838.50 |
| **TOTAL DISBURSEMENTS** | 255.00 |
| **TOTAL DUE THIS INVOICE** | $6,093.50 |

**EXHIBIT B**

092095 PENN MUTUAL LIFE INSURANCE COMPANY Page 2
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC Invoice 7368109

Professional Services Recorded Through 06/30/2005

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 05/31/2005 | | 02277/WJH | 3.25 | 365.00 | 1,186.25 |
| 05/31/2005 | | 02589/ARW | 0.30 | 275.00 | 82.50 |
| 05/31/2005 | | 02571/JJF | 1.40 | 280.00 | 392.00 |
| 05/31/2005 | | 02293/DAA | 0.60 | 140.00 | 84.00 |
| 05/31/2005 | | 02908/B-M | 0.80 | 125.00 | 100.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 06/01/2005 | | 02277/WJH | 0.20 | 365.00 | 73.00 |
| 06/01/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 06/01/2005 | | 02779/JHS | 0.30 | 200.00 | 60.00 |
| 06/02/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 06/02/2005 | | 02779/JHS | 1.80 | 200.00 | 360.00 |
| 06/03/2005 | | 02277/WJH | 0.25 | 365.00 | 91.25 |
| 06/03/2005 | | 02779/JHS | 0.70 | 200.00 | 140.00 |
| 06/07/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 06/10/2005 | | 02779/JHS | 0.90 | 200.00 | 180.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 06/11/2005 | | 02277/WJH | 1.00 | 365.00 | 365.00 |
| 06/11/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 06/12/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 06/13/2005 | | 02589/ARW | 0.40 | 275.00 | 110.00 |
| 06/13/2005 | | 02571/JJF | 3.30 | 280.00 | 924.00 |
| 06/13/2005 | | 02293/DAA | 0.70 | 140.00 | 98.00 |
| 06/13/2005 | | 02908/B-M | 0.50 | 125.00 | 62.50 |
| 06/13/2005 | | 02908/B-M | 0.20 | 125.00 | 25.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 06/13/2005 | | 02908/B-M | 0.20 | 125.00 | 25.00 |
| 06/13/2005 | | 03149/FJR | 0.50 | 115.00 | 57.50 |
| 06/14/2005 | | 02571/JJF | 0.40 | 280.00 | 112.00 |
| 06/15/2005 | | 02571/JJF | 0.50 | 280.00 | 140.00 |
| 06/15/2005 | | 02908/B-M | 0.50 | 125.00 | 62.50 |
| 06/15/2005 | | 02908/B-M | 0.80 | 125.00 | 100.00 |
| 06/16/2005 | | 02277/WJH | 0.40 | 365.00 | 146.00 |
| 06/16/2005 | | 02571/JJF | 0.50 | 280.00 | 140.00 |

092095 PENN MUTUAL LIFE INSURANCE COMPANY Page 6
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC Invoice 7368109

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 06/17/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 06/20/2005 | | 02571/JJF | 0.30 | 280.00 | 84.00 |
| 06/20/2005 | | 02908/B-M | 0.40 | 125.00 | 50.00 |
| 06/22/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 06/23/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 06/29/2005 | | 02571/JJF | 0.30 | 280.00 | 84.00 |
| 06/30/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| | | | 23.20 | | $5,838.50 |

092095 PENN MUTUAL LIFE INSURANCE COMPANY
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC

Page 7
Invoice 7368109

| | |
|---|---|
| **TOTAL FEES** | $5,838.50 |
| **TOTAL DISBURSEMENTS** | 255.00 |
| **TOTAL DUE THIS INVOICE** | $6,093.50 |

TIMEKEEPER LISTING

| | | |
|---|---|---|
| 02277 | WILLIAM J. HELLER | PARTNER |
| 02293 | DEBRA A. AGOSTA | PARALEGAL |
| 02571 | JAMES J. FREEBERY | ASSC |
| 02589 | A. RICHARD WINCHESTER | SPEC COUNSEL |
| 02779 | JONATHAN M.H. SHORT | ASSC |
| 02908 | BOBBI MORTIMER | PARALEGAL |
| 03149 | FRANCIS J. ROGERS | PARALEGAL |

092095 PENN MUTUAL LIFE INSURANCE COMPANY Page 8
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC Invoice 7368109

| DATE | DISBURSEMENTS | | VALUE |
|---|---|---|---|
| 06/15/2005 | PHOTOCOPIES | 2.60 | |
| 06/20/2005 | PHOTOCOPIES | 2.40 | |
| | **Total For: PHOTOCOPIES** | | **5.00** |
| 06/13/2005 | FILING FEES-MISC - U.S. DISTRICT COURT FEE FOR COMPLAINT | 250.00 | |
| | **Total For: FILING FEES-MISC** | | **250.00** |

**TOTAL DISBURSEMENTS** ........................................................... $255.00

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652

McCARTER
ENGLISH
ATTORNEYS AT LAW

Page 1
August 12, 2005
Invoice 7373843

092095 PENN MUTUAL LIFE INSURANCE COMPANY
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC

FRANKLIN L. BEST, JR., ESQUIRE
MANAGING CORPORATE COUNSEL
PENN MUTUAL LIFE INSURANCE COMPANY
600 DRESHER ROAD
HORSHAM, PA 19044

| | |
|---|---|
| TOTAL FEES | $5,563.50 |
| TOTAL DISBURSEMENTS | 192.17 |
| TOTAL DUE THIS INVOICE | $5,755.67 |

092095 PENN MUTUAL LIFE INSURANCE COMPANY
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC

Page 2
Invoice 7373843

Professional Services Recorded Through 07/31/2005

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07/05/2005 | | 02571/JJF | 0.30 | 280.00 | 84.00 |
| 07/06/2005 | | 02571/JJF | 0.40 | 280.00 | 112.00 |
| 07/06/2005 | | 02908/B-M | 0.10 | 125.00 | 12.50 |
| 07/07/2005 | | 02571/JJF | 0.40 | 280.00 | 112.00 |
| 07/07/2005 | | 02779/JHS | 0.30 | 200.00 | 60.00 |
| 07/07/2005 | | 02959/J-M | 1.30 | 150.00 | 195.00 |
| 07/08/2005 | | 02571/JJF | 0.50 | 280.00 | 140.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07/08/2005 | | 02779/JHS | 0.30 | 200.00 | 60.00 |
| 07/08/2005 | | 02959/J-M | 0.20 | 150.00 | 30.00 |
| 07/11/2005 | | 02277/WJH | 0.40 | 365.00 | 146.00 |
| 07/11/2005 | ) | 02571/JJF | 0.40 | 280.00 | 112.00 |
| 07/11/2005 | | 02779/JHS | 2.20 | 200.00 | 440.00 |
| 07/11/2005 | | 02959/J-M | 0.20 | 150.00 | 30.00 |
| 07/11/2005 | | 02898/J-M | 0.10 | 125.00 | 12.50 |
| 07/12/2005 | | 02571/JJF | 0.30 | 280.00 | 84.00 |

092095 PENN MUTUAL LIFE INSURANCE COMPANY
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07/13/2005 | | 02589/ARW | 0.20 | 275.00 | 55.00 |
| 07/13/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 07/13/2005 | | 02779/JHS | 1.30 | 200.00 | 260.00 |
| 07/13/2005 | | 02959/J-M | 0.40 | 150.00 | 60.00 |
| 07/15/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 07/15/2005 | | 02779/JHS | 5.30 | 200.00 | 1,060.00 |
| 07/16/2005 | | 02277/WJH | 0.50 | 365.00 | 182.50 |

092095 PENN MUTUAL LIFE INSURANCE COMPANY Page 5
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC Invoice 7373843

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07/16/2005 | | 02779/JHS | 0.30 | 200.00 | 60.00 |
| 07/18/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 07/19/2005 | | 02277/WJH | 1.00 | 365.00 | 365.00 |
| 07/19/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 07/19/2005 | | 02779/JHS | 1.30 | 200.00 | 260.00 |
| 07/20/2005 | | 02277/WJH | 0.50 | 365.00 | 182.50 |

092095 PENN MUTUAL LIFE INSURANCE COMPANY
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC

Page 6
Invoice 7373843

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07/20/2005 | | 02589/ARW | 0.20 | 275.00 | 55.00 |
| 07/20/2005 | | 02571/JJF | 0.80 | 280.00 | 224.00 |
| 07/20/2005 | | 02779/JHS | 1.80 | 200.00 | 360.00 |
| 07/22/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 07/22/2005 | | 02779/JHS | 0.30 | 200.00 | 60.00 |
| 07/25/2005 | | 02277/WJH | 0.70 | 365.00 | 255.50 |
| 07/25/2005 | | 02779/JHS | 0.50 | 200.00 | 100.00 |
| 07/27/2005 | | 02571/JJF | 0.30 | 280.00 | 84.00 |

092095 PENN MUTUAL LIFE INSURANCE COMPANY Page 7
00007 INDEPENDENCE CAPITAL MANAGEMENT, LLC Invoice 7373843

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07/27/2005 | | 02959/J-M | 0.20 | 150.00 | 30.00 |
| | TOTAL HOURS & DOLLARS | | 24.00 | | $5,563.50 |

| | |
|---|---|
| TOTAL FEES | $5,563.50 |
| TOTAL DISBURSEMENTS | 192.17 |
| TOTAL DUE THIS INVOICE | $5,755.67 |

## TIMEKEEPER LISTING

| | | |
|---|---|---|
| 02277 | WILLIAM J. HELLER | PARTNER |
| 02571 | JAMES J. FREEBERY | ASSC |
| 02589 | A. RICHARD WINCHESTER | SPEC COUNSEL |
| 02779 | JONATHAN M.H. SHORT | ASSC |
| 02898 | JOHNNA MOYER | PARALEGAL |
| 02908 | BOBBI MORTIMER | PARALEGAL |
| 02959 | JOHNNA MOYER | LAW CLERK |

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 07/20/2005 | PHOTOCOPIES | 0.80 | |
| 07/22/2005 | PHOTOCOPIES | 1.30 | |
| 07/22/2005 | PHOTOCOPIES | 0.10 | |
| 07/22/2005 | PHOTOCOPIES | 0.90 | |
| | **Total For: PHOTOCOPIES** | | **3.10** |
| 07/20/2005 | TELEPHONE | 0.25 | |
| | **Total For: TELEPHONE** | | **0.25** |
| 07/20/2005 | POSTAGE | 4.00 | |
| | **Total For: POSTAGE** | | **4.00** |
| 05/31/2005 | PATENT/TRADEMARK | 20.00 | |
| | **Total For: PATENT/TRADEMARK** | | **20.00** |
| 07/15/2005 | LIBRARY RESEARCH | 93.84 | |
| 07/15/2005 | LIBRARY RESEARCH | 37.98 | |
| | **Total For: LIBRARY RESEARCH** | | **131.82** |
| 06/14/2005 | MESSENGER/OUTSIDE - PARCELS, INC. HARVARD BUSINESS SERVICE. | 33.00 | |
| | **Total For: MESSENGER/OUTSIDE** | | **33.00** |

**TOTAL DISBURSEMENTS** ........................................................ $192.17



View Detail (Date Order)

Advanced Go

| Date | Initials | Name | Hours | Amount | Description |
|---|---|---|---|---|---|
| 08/03/05 | 02571 | JAMES J. FREEBERY | 0.20 | 56.00 | |
| 08/04/05 | 02571 | JAMES J. FREEBERY | 0.20 | 56.00 | |
| 08/08/05 | 02277 | WILLIAM J. HELLER | 0.25 | 91.25 | |
| 08/08/05 | 02779 | JONATHAN M.H. SHORT | 0.60 | 120.00 | |
| 08/09/05 | 02277 | WILLIAM J. HELLER | 0.20 | 73.00 | |
| 08/09/05 | 02571 | JAMES J. FREEBERY | 0.30 | 84.00 | |
| 08/15/05 | 02571 | JAMES J. FREEBERY | 0.20 | 56.00 | |
| 08/16/05 | 02571 | JAMES J. FREEBERY | 0.20 | 56.00 | |
| 08/21/05 | 02277 | WILLIAM J. HELLER | 0.20 | 73.00 | |
| 08/22/05 | 02277 | WILLIAM J. HELLER | 0.40 | 146.00 | |
| | | GRAND TOTAL | 3.15 | 957.25 | |

View Summary

Advanced Go

| Cost Code | Date | Initials | Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 003 | 08/09/05 | 02898 | JOHNNA MOYER | 25.00 | 0.10 | 2.50 | PHOTOCOPIES |
| 003 | 08/09/05 | 03572 | ALEXANDER A. ALGIE | 12.00 | 0.10 | 1.20 | PHOTOCOPIES |
| 053 | 06/20/05 | 02903 | BOBBI MORTIMER | 1.00 | 25.00 | 25.00 | FILING FEES-MISC - U.S. DISTRICT COURT |
| 053 | 06/20/05 | 02903 | BOBBI MORTIMER | 1.00 | 25.00 | 25.00 | FILING FEES-MISC - U.S. DISTRICT COURT |
| | | | | | | | |
| | | | GRAND TOTAL | 39.00 | | 53.70 | |