# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., a Pennsylvania Corporation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 05-387 (JJF) |
| | ) |
| INDEPENDENCE CAPITAL MANAGEMENT, LLC, a limited Liability company of the State of Delaware, DONOVAN GARCIA, WILLIAM GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS, And JOHN DOES 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2005, having heard the Motion for Default Judgment filed by Independence Capital Management, Inc. ("ICMI"), any responses thereto, and oral argument thereon,

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default Judgment is GRANTED as follows:

1.      Defendants Independence Capital Management, LLC ("ICM-LLC"), Donovan Garcia ("Garcia"), William Schnieders ("W. Schnieders") and James Schnieders ("J. Schnieders") (collectively, "Defendants") jointly, severally and individually, their officers, agents, servants, employees, and attorneys, their successors and assigns, and all others in active concert or participation with defendants are permanently enjoined and restrained from the

use of the trademark, service mark, and/or trade name INDEPENDENCE CAPITAL MANAGEMENT, or any mark or name confusingly similar thereto;

2. Defendants, and all others holding by, through or under defendants, jointly, severally, and individually, shall, within 30 days of the date of this Order:

    a. pay to ICMI the costs of this action, together with reasonable attorneys' fees and disbursements, in the amount of $14,293.12 through the date of August 24, 2005, and in the amount of _____ as determined and presented to this Court on the date of the hearing in this matter for the period August 24, 2005 through the entry of judgment, and judgment is hereby entered against the defendants for such sum, joint, severally and individually;

    b. deliver up for destruction all signs and materials bearing the infringing mark "Independence Capital Management;"

    c. send a notice to all existing customers of defendants to notify them of the change of trade name and service marks as ordered by the Court; and

    d. file with the Court and serve on ICMI an affidavit setting forth in detail the manner and form in which they have complied with the terms of the injunction.

**IT IS SO ORDERED**

                                                          _____
                                                          The Honorable Joseph J. Farnan, Jr.