**CERTIFICATE OF SERVICE**

     I, James J. Freebery, hereby certify that on August 29, 2005, I caused a copy of the foregoing Plaintiff's Motion for Entry of Default Judgment to be served on the following via first class mail, postage prepaid:

Independence Capital Management, LLC
c/o Harvard Business Services
25 Greystone Manor
Lewes, DE 19958

William Schnieders
c/o Harvard Business Services
25 Greystone Manor
Lewes, DE 19958

Donovan Garcia
c/o Harvard Business Services
25 Greystone Manor
Lewes, DE 19958

James Schnieders
c/o Harvard Business Services
25 Greystone Manor
Lewes, DE 19958

                                                /s/ James J. Freebery
                                        James J. Freebery (DE Bar ID #3498)