IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 05-387-JJF <br> : |
| INDEPENDENCE CAPITAL MANAGEMENT LLC, et al., | : <br> : <br> : |
| Defendants. | : |

<u>O R D E R</u>

IT IS HEREBY ORDERED that a Hearing regarding Plaintiff, Independence Capital Management, Inc.'s Motion For Default Judgment (D.I. 10), will be held on **Wednesday, October 26, 2005 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

October 18, 2005
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE