JAMES J. FREEBERY

(302) 984-6306
jfreebery@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



McCARTER
ENGLISH
ATTORNEYS AT LAW

October 24, 2005

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
844 King Street
Wilmington, Delaware  19801

Re:   <u>Independence Capital Management, Inc. v. Independence Capital Management, LLC, et al.</u>, C.A. No. 05-387 (JJF)

Dear Judge Farnan:

For Your Honor's convenience and in preparation for the hearing scheduled in the above referenced matter for Wednesday, October 26, 2005, enclosed please find a copy of the Declaration of Franklin L. Best, Jr.  This document was previously submitted as Exhibit 2 to Plaintiff's Motion for Entry of Default Judgment.  We will also be presenting at the hearing a Supplemental Declaration of Franklin L. Best, Jr. updating the invoice amounts through October 24, 2005.

Respectfully submitted,

*/s/ JJF*

James J. Freebery

JJF/tmp

HARTFORD        STAMFORD        NEW YORK CITY        NEWARK        PHILADELPHIA        WILMINGTON
860.275.6700    203.324.1800    212.609.6800         973.622.4444  215.979.3800        302.984.6300        410.659.8500