## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., a Pennsylvania Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENCE CAPITAL MANAGEMENT, LLC, a limited Liability company of the State of Delaware, DONOVAN GARCIA, WILLIAM GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS, And JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 05-387 (JJF) |

### SUPPLEMENTAL DECLARATION OF FRANKLIN L. BEST, JR.

FRANKLIN L. BEST, JR., of full age, declares as follows:

1. I am an attorney-at-law in the Commonwealth of Pennsylvania and Managing Corporate Counsel for Penn Mutual Life Insurance Company, the parent company of Plaintiff, Independence Capital Management, Inc. ("ICMI"). I make this Supplemental Declaration in support of the request by Plaintiff ICMI for Entry of Default Judgment against Defendants Independence Capital Management, LLC ("ICM-LLC"), Donovan Garcia ("Garcia"), William Schnieders ("W. Schnieders") and James Schnieders ("J. Schnieders") (collectively, "Defendants"), jointly, severally and individually.

2. McCarter & English, LLP (the "McCarter Firm") has provided legal services to ICMI in this action. Attached as Exhibit A are copies of bills for the period August 25, 2005 through October 16, 2005, detailing these services and the related expenses, with attorney-client privileged information (if any) in those invoices redacted.

3. For the period August 25, 2005 through October 24, 2005, services in this action were performed by William J. Heller, a member of the McCarter Firm, at his normal billing rate of $365 per hour ($375 per hour effective October 1, 2005), by Michael J. Glasheen, a member of the McCarter Firm, at his normal billing rate of $350 per hour ($360 per hour effective October 1, 2005), by A. Richard Winchester, a special counsel of the McCarter Firm, at his normal billing rate of $275 per hour, by James J. Freebery, an associate of the McCarter Firm, at his normal billing rate of $280 per hour and, effective October 1, 2005, at $300 per hour as a partner of the McCarter Firm, by Jonathan M.H. Short, an associate of the McCarter Firm, at his normal billing rate of $200 per hour ($220 per hour effective October 1, 2005), by Christopher A. Selzer, an associate of the McCarter Firm, at his normal billing rate of $215 per hour, by Debra A. Agosta, a paralegal at the McCarter Firm, at her normal billing rate of $140 per hour ($145 per hour effective October 1, 2005) and by Tamera Pearson, a paralegal at the McCarter Firm, at her normal billing rate of $120 per hour.

4. From August 25, 2005 through October 16, 2005, the McCarter Firm's attorneys performed a total of 12.20 hours of services in this

action, for a net total of $2,984.47 in attorneys' fees in this action, and incurred $26.92 in expenses.

5.  I have also been advised by counsel that from October 17, 2005 through October 24, 2005 the McCarter Firm's attorneys performed a total of 10.75 hours of services, for a net total of $2,194.25 attorneys' fees in this action.

6.  Therefore, the McCarter Firm's attorneys performed a total of 22.95 hours of services in this action, for a net total of $5,205.64 in attorneys' fees and costs from August 25, 2005 through October 24, 2005.

7.  Thus, the total amount requested is $19,498.76, which includes $14,293.12 from my prior Declaration and $5,205.64 from the current Declaration.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2005.                By: _____
                                                  FRANKLIN L. BEST, JR.

ME1\5306660.1