# EXHIBIT A

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
 Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652



McCARTER ENGLISH
ATTORNEYS AT LAW

October 14, 2005
Invoice 7383659

092095   PENN MUTUAL LIFE INSURANCE COMPANY
00007    INDEPENDENCE CAPITAL MANAGEMENT, LLC

FRANKLIN L. BEST, JR., ESQUIRE
MANAGING CORPORATE COUNSEL
PENN MUTUAL LIFE INSURANCE COMPANY
600 DRESHER ROAD
HORSHAM, PA 19044

| | |
|---|---:|
| TOTAL FEES | $2,479.25 |
| FEES REDUCED BY | (245.00) |
| TOTAL DISBURSEMENTS | 9.22 |
| TOTAL DUE THIS INVOICE | $2,243.47 |

Please include this page with your remittance. Thank you.

Case 1:05-cv-00387-JJF   Document 13-2   Filed 10/25/2005   Page 3 of 11

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652



M<sup>c</sup>CARTER ENGLISH
ATTORNEYS AT LAW

Page 1
October 14, 2005
Invoice 7383659

092095   PENN MUTUAL LIFE INSURANCE COMPANY
00007    INDEPENDENCE CAPITAL MANAGEMENT, LLC

FRANKLIN L. BEST, JR., ESQUIRE
MANAGING CORPORATE COUNSEL
PENN MUTUAL LIFE INSURANCE COMPANY
600 DRESHER ROAD
HORSHAM, PA 19044

TOTAL FEES ............................................................................................ $2,479.25
    FEES REDUCED BY                                                                                    (245.00)
TOTAL DISBURSEMENTS ........................................................................      9.22

TOTAL DUE THIS INVOICE ...................................................................... $2,243.47

| 092095 | PENN MUTUAL LIFE INSURANCE COMPANY | Page 2 |
|---|---|---|
| 00007 | INDEPENDENCE CAPITAL MANAGEMENT, LLC | Invoice 7383659 |

Professional Services Recorded Through 09/30/2005

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 08/29/2005 | | 03512/CAS | 1.35 | 215.00 | 290.25 |
| 08/30/2005 | | 02571/JJF | 0.40 | 280.00 | 112.00 |
| 08/30/2005 | | 03512/CAS | 0.20 | 215.00 | 43.00 |
| 08/30/2005 | | 03512/CAS | 0.20 | 215.00 | 43.00 |
| 08/31/2005 | | 02571/JJF | 0.30 | 280.00 | 84.00 |
| 09/01/2005 | | 02571/JJF | 0.40 | 280.00 | 112.00 |
| 09/01/2005 | | 01907/MJG | 0.10 | 350.00 | 35.00 |

| 092095 | PENN MUTUAL LIFE INSURANCE COMPANY | Page 3 |
|---|---|---|
| 00007 | INDEPENDENCE CAPITAL MANAGEMENT, LLC | Invoice 7383659 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 09/02/2005 | | 02571/JJF | 0.10 | 280.00 | 28.00 |
| 09/02/2005 | | 02277/WJH | 0.20 | 365.00 | 73.00 |
| 09/06/2005 | | 02571/JJF | 0.10 | 280.00 | 28.00 |
| 09/09/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 09/15/2005 | | 01907/MJG | 0.20 | 350.00 | 70.00 |
| 09/17/2005 | | 02277/WJH | 0.20 | 365.00 | 73.00 |
| 09/19/2005 | | 02571/JJF | 0.40 | 280.00 | 112.00 |
| 09/19/2005 | | 02277/WJH | 0.20 | 365.00 | 73.00 |
| 09/19/2005 | | 02779/JHS | 0.20 | 200.00 | 40.00 |
| 09/19/2005 | | 03612/T-P | 1.00 | 120.00 | 120.00 |

092095  PENN MUTUAL LIFE INSURANCE COMPANY                    Page 4
00007   INDEPENDENCE CAPITAL MANAGEMENT, LLC                  Invoice 7383659

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 09/20/2005 | | 02571/JJF | 0.20 | 280.00 | 56.00 |
| 09/20/2005 | | 02779/JHS | 0.80 | 200.00 | 160.00 |
| 09/21/2005 | | 02571/JJF | 0.40 | 280.00 | 112.00 |
| 09/21/2005 | | 02277/WJH | 0.40 | 365.00 | 146.00 |
| 09/26/2005 | | 02571/JJF | 0.30 | 280.00 | 84.00 |
| 09/28/2005 | | 02571/JJF | 1.20 | 280.00 | 336.00 |

092095  PENN MUTUAL LIFE INSURANCE COMPANY                     Page 5
00007   INDEPENDENCE CAPITAL MANAGEMENT, LLC                   Invoice 7383659

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 09/28/2005 | | 01907/MJG | 0.10 | 350.00 | 35.00 |
| 09/28/2005 | | 02277/WJH | 0.20 | 365.00 | 73.00 |
| 09/28/2005 | | 02589/ARW | 0.20 | 275.00 | 55.00 |
| 09/28/2005 | | 03612/T-P | 0.25 | 120.00 | 30.00 |
| | TOTAL HOURS & DOLLARS | | 9.80 | | $2,479.25 |

TOTAL FEES ................................................................................  $2,479.25
    FEES REDUCED BY                                                             (245.00)
TOTAL DISBURSEMENTS ..............................................................     9.22

TOTAL DUE THIS INVOICE ............................................................  $2,243.47

092095  PENN MUTUAL LIFE INSURANCE COMPANY                     Page 6
00007     INDEPENDENCE CAPITAL MANAGEMENT, LLC            Invoice 7383659

## TIMEKEEPER LISTING

| ID | Name | Title |
|---|---|---|
| 01907 | MICHAEL J. GLASHEEN | PARTNER |
| 02277 | WILLIAM J. HELLER | PARTNER |
| 02571 | JAMES J. FREEBERY | PARTNER |
| 02589 | A. RICHARD WINCHESTER | SPEC COUNSEL |
| 02779 | JONATHAN M.H. SHORT | ASSC |
| 03512 | CHRISTOPHER A. SELZER | ASSC |
| 03612 | TAMERA PEARSON | PARALEGAL |

092095   PENN MUTUAL LIFE INSURANCE COMPANY                     Page 7
00007    INDEPENDENCE CAPITAL MANAGEMENT, LLC           Invoice 7383659

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 08/16/2005 | TELEPHONE | 2.22 | |
| | Total For: TELEPHONE | | 2.22 |
| 08/29/2005 | POSTAGE | 7.00 | |
| | Total For: POSTAGE | | 7.00 |

**TOTAL DISBURSEMENTS** ............................................................... $9.22

Unbilled Time - [092095-00007 - INDEPENDENCE CAPITAL MANAGEMENT, LLC]  Page 1
Client:092095 - PENN MUTUAL LIFE INSURANCE COMPANY   10/24/2005 9:30:22 AM

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|---|---|---|---|---|---|---|
| 10/03/05 | 02277 | WILLIAM J. HELLER | 0.20 | 75.00 | | 092095-00007 |
| 10/03/05 | 02571 | JAMES J. FREEBERY | 0.20 | 60.00 | | 092095-00007 |
| 10/04/05 | 02571 | JAMES J. FREEBERY | 0.20 | 60.00 | | 092095-00007 |
| 10/06/05 | 02571 | JAMES J. FREEBERY | 0.20 | 60.00 | | 092095-00007 |
| 10/07/05 | 02571 | JAMES J. FREEBERY | 0.40 | 120.00 | | 092095-00007 |
| 10/10/05 | 02571 | JAMES J. FREEBERY | 0.20 | 60.00 | | 092095-00007 |
| 10/11/05 | 02571 | JAMES J. FREEBERY | 0.20 | 60.00 | | 092095-00007 |
| 10/13/05 | 02571 | JAMES J. FREEBERY | 0.20 | 60.00 | | 092095-00007 |
| 10/14/05 | 01907 | MICHAEL J. GLASHEEN | 0.10 | 36.00 | | 092095-00007 |
| 10/14/05 | 02571 | JAMES J. FREEBERY | 0.30 | 90.00 | | 092095-00007 |
| 10/15/05 | 02571 | JAMES J. FREEBERY | 0.20 | 60.00 | | 092095-00007 |
| | | GRAND TOTAL | 2.40 | 741.00 | | |

Unbilled Cost - [092095-00007 - INDEPENDENCE CAPITAL MANAGEMENT, LLC]
Client:092095 - PENN MUTUAL LIFE INSURANCE COMPANY   10/24/2005 9:30:22 AM                               Page 1

| Cost Code | Date | Initials | Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 003 | 10/18/05 | 00762 | | 2.00 | 0.10 | 0.20 | PHOTOCOPIES |
| 084 | 08/29/05 | 03512 | | 1.00 | 7.50 | 7.50 | SERVICES - TRISTATE COURIER & CARRIAGE |
| 084 | 08/30/05 | 03512 | | 1.00 | 5.00 | 5.00 | SERVICES - TRISTATE COURIER & CARRIAGE SKADDEN |
| 084 | 08/30/05 | 03512 | | 1.00 | 5.00 | 5.00 | SERVICES - TRISTATE COURIER & CARRIAGE |
| | | | | 5.00 | | 17.70 | |