IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-387-JJF |
| INDEPENDENCE CAPITAL MANAGEMENT, LLC, DONOVAN GARCIA, WILLIAM GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS, and JOHN DOES 1-10, | : |
| Defendants. | : |

### CLERK'S ENTRY OF DEFAULT

And now to wit this **26th** day of **October, 2005**, the Plaintiff, Independence Capital Management, Inc., filed a Request For Entry Of Default against Defendants, Independence Capital Management, LLC., Donovan Garcia, William Schnieders, and James Schnieders (D.I. 9).

It appearing from the record (D.I. 2, 3, 4, 5) that service was effectuated in accordance with Federal Rule of Civil Procedure 4 and the above named Defendants have not answered or otherwise moved with respect to the Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff and against Defendants, Independence Capital Management, LLC, Donovan Garcia, William Schnieders and James Schnieders.

Peter T. Dalleo, Clerk

By _____
Deputy Clerk