## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INDEPENDENCE CAPITAL                )
MANAGEMENT, INC., a Pennsylvania    )
Corporation,                        )
                                    )
    Plaintiff,            )
                                    )
v.                                  )    C.A. No. 05-387 (JJF)
                                    )
INDEPENDENCE CAPITAL                )
MANAGEMENT, LLC, a limited          )
Liability company of the State of   )
Delaware, DONOVAN GARCIA,           )
WILLIAM GARCIA, WILLIAM             )
SCHNIEDERS, JAMES SCHNIEDERS,       )
And JOHN DOES 1-10,                 )
                                    )
    Defendants.           )

### ORDER

AND NOW, this _____26_____ day of _October_, 2005, having heard _at 2:15 p.m._

the Motion for Default Judgment filed by Independence Capital Management,

Inc. ("ICMI"), any responses thereto, and oral argument thereon,

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default

Judgment is GRANTED as follows:

1.    Defendants Independence Capital Management, LLC ("ICM-

LLC"), Donovan Garcia ("Garcia"), William Schnieders ("W. Schnieders") and

James Schnieders ("J. Schnieders") (collectively, "Defendants") jointly,

severally and individually, their officers, agents, servants, employees, and

attorneys, their successors and assigns, and all others in active concert or

participation with defendants are permanently enjoined and restrained from the

MEI\5135056.2

use of the trademark, service mark, and/or trade name INDEPENDENCE

CAPITAL MANAGEMENT, or any mark or name confusingly similar thereto;

  2. Defendants, and all others holding by, through or under defendants,

jointly, severally, and individually, shall, within 30 days of the date of this

Order:

   a. pay to ICMI the costs of this action, together with

reasonable attorneys' fees and disbursements, in the amount of $14,293.12

through the date of August 24, 2005, and in the amount of $ 205, 64 as

determined and presented to this Court on the date of the hearing in this

matter for the period August 24, 2005 through the entry of judgment, and

judgment is hereby entered against the defendants for such sum, joint,

severally and individually;

   b. deliver up for destruction all signs and materials bearing

the infringing mark "Independence Capital Management;"

   c. send a notice to all existing customers of defendants to

notify them of the change of trade name and service marks as ordered by

the Court; and

   d. file with the Court and serve on ICMI an affidavit setting

forth in detail the manner and form in which they have complied with the

terms of the injunction. NO LATER DECEMBER 2, 2005

**IT IS SO ORDERED**

        _Joseph J. Farnan_
      The Honorable Joseph J. Farnan, Jr.