# PHELPS DUNBAR LLP
— COUNSELORS AT LAW —

New Orleans, LA

Baton Rouge, LA

Houston, TX

London, England

DAVID M. KORN
Partner
(504) 584-9374
kornd@phelps.com

Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
(504) 566-1311
Fax (504) 568-9130

www.phelpsdunbar.com

December 1, 2005

Jackson, MS

Tupelo, MS

Gulfport, MS

Tampa, FL



**VIA FEDERAL EXPRESS**

Hon. Peter T. Dalleo
Clerk of Court
Attn: Anita Bolten
United States District Court
844 King Street, Room 4209
Wilmington, DE 19801

    Re:   *Independence Capital Management, Inc. v. Independence Capital Management, LLC, et al.*; USDC, District of Delaware, No. 05-387

Dear Mr. Dalleo:

    I am writing this letter in regard to the above-referenced case which is pending before the Honorable Joseph J. Farnan, Jr. A default judgment was entered against defendant, Independence Capital Management, LLC ("ICM"), which requires ICM to follow various instructions, including filing an affidavit with the Court no later than December 2, 2005. Henry To, an individual who is a member of ICM, received the default judgment order a few days ago and contacted me this week to assist him. I am not licensed to practice law in Delaware; rather, I am an attorney practicing law in New Orleans, Louisiana. I am trying to do my best to assist Mr. To who tried to file something on behalf of ICM, but was told that he needed an attorney to do so. I have also been in touch with the plaintiff's counsel and we are trying to resolve this matter without further Court involvement.

    I am writing to request that the Court continue the deadline to comply with the Court's Order dated October 26, 2005 for twenty-one (21) days to give the parties an opportunity to explore resolution of this matter. **Counsel for plaintiff has been contacted and does not oppose this request**. Given the exigency of the circumstances, I thought this was the most appropriate mechanism by which to make this request. I have copied plaintiff's counsel on this letter.

NO.99570132.1

Hon. Peter T. Dalleo
December 1, 2005
Page 2

My contact information is set forth below:

> David M. Korn
> Phelps Dunbar LLP
> Canal Place
> 365 Canal Street, Suite 2000
> New Orleans, LA 70130-6534
> Direct Dial: (504) 584-9374
> FAX: (504) 568-9130
> E-Mail: kornd@phelps.com

Thank you for your courtesies in this matter.

> Sincerely,
>
> *[signature]*
>
> David M. Korn

DMK/bg
cc:    William J. Heller, Esq. (VIA FACSIMILE)
        Jonathan M.H. Short, Esq. (VIA FACSIMILE)

NO.99570132.1