```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

INDEPENDENCE CAPITAL              :
MANAGEMENT, INC.,                 :
                                  :
         Plaintiff,               :
                                  :
    v.                            : Civil Action No. 05-387-JJF
                                  :
INDEPENDENCE CAPITAL              :
MANAGEMENT, LLC, et al.           :
                                  :
         Defendants.              :

## O R D E R

WHEREAS, a letter has been filed on behalf of Defendant, Independence Capital Management, LLC, requesting the Court to continue the deadline to comply with the Court's Order dated October 26, 2005, by twenty-one (21) days to give the parties an opportunity to explore resolution of this matter (D.I. 16);

WHEREAS, the letter states that counsel for Plaintiff has been contacted and does not oppose this request;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Defendant, Independence Capital Management, LLC's request for an extension of time to comply with the Court's October 26, 2005 Order is **GRANTED**.

2) Defendants shall comply with all terms and conditions of the October 26, 2005 Order by no later than **Friday, December 16, 2005.**

3) Defendants shall file with the Court an affidavit setting forth in detail the manner and form in which they have

complied with the terms of the October 26, 2005 Order by no later than **December 23, 2005.**

_December 14, 2005_  
DATE

_Joseph J. Farnan Jr._  
UNITED STATES DISTRICT JUDGE