# PHELPS DUNBAR LLP
### —— COUNSELORS AT LAW ——

| | | |
|---|---|---|
| New Orleans, LA | Canal Place | Jackson, MS |
| Baton Rouge, LA | 365 Canal Street • Suite 2000 | Tupelo, MS |
| Houston, TX | New Orleans, Louisiana 70130-6534 | Gulfport, MS |
| London, England | (504) 566-1311 | Tampa, FL |
| | Fax (504) 568-9130 | |

DAVID M. KORN
Partner
(504) 584-9474
kornd@phelps.com

www.phelpsdunbar.com

December 21, 2005

22047-2



**VIA FEDERAL EXPRESS**

Hon. Peter T. Dalleo
Clerk of Court
Attn: Anita Bolten
United States District Court
844 King Street, Room 4209
Wilmington, DE 19801

Re: *Independence Capital Management, Inc. v. Independence Capital Management, LLC, et al.*; USDC, District of Delaware, No. 05-387

Dear Mr. Dalleo:

As a follow-up to my communication to you dated December 1, 2005, I am not licensed to practice law in Delaware; rather, I am an attorney practicing law in New Orleans, Louisiana, who was trying to expeditiously assist defendant in resolving the above-referenced litigation. Subsequent to my letter, the Court granted defendant's request for additional time within which to explore a mutually agreeable settlement of the above-referenced litigation. Accordingly, the parties have amicably resolved this matter and have entered into a Confidential Settlement Agreement, Receipt and Release, thereby effectively concluding this litigation with respect to Independence Capital Management, LLC. Additionally, in accordance with this Court's October 26, 2005 Order, defendant is submitting to the Court for inclusion in the record of this matter, the enclosed executed affidavit from the Managing Member of the defendant corporation, Henry To, outlining the manner and form in which defendant has complied with the Court's Order. I have copied plaintiff's counsel on this letter.

NO.99573774.1

Hon. Peter T. Dalleo
December 21, 2005
Page 2

      Should you have any questions or need anything further, please contact me as set forth below:

      David M. Korn
      Phelps Dunbar LLP
      Canal Place
      365 Canal Street, Suite 2000
      New Orleans, LA 70130-6534
      Direct Dial: (504) 584-9374
      FAX: (504) 568-9130
      E-Mail: kornd@phelps.com

      Thank you for your courtesies in this matter.

      Sincerely,

      *[signature]*

      David M. Korn

DMK/bg
Enclosure
cc:    Honorable Joseph J. Farnan, Jr. (w/encl.)
       William J. Heller, Esq. (w/encl.)
       Jonathan M.H. Short, Esq. (w/encl.)

NO.99573774.1