IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDEPENDENCE CAPITAL MANAGEMENT, INC., a Pennsylvania Corporation<br><br>                Plaintiff,<br><br>v.<br><br>INDEPENDENCE CAPITAL MANAGEMENT, LLC, a Limited Liability Company of the State of Delaware, DONOVAN GARCIA, WILLIAM GARCIA, WILLIAM SCHNIEDERS, JAMES SCHNIEDERS, AND JOHN DOES 1 – 10<br><br>                Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>* CIVIL ACTION NO. 05-387-JJF<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## AFFIDAVIT OF HENRY TO

STATE OF TEXAS

CITY OF HOUSTON

      BEFORE ME, the undersigned authority, personally came and appeared:

HENRY TO

who, being first duly sworn, did depose and say that:

      (1)    I am an individual of the full age of majority, competent to testify to matters set forth herein.

      (2)    I have personal knowledge, information and belief of the matters attested to herein.

(3)     I am the Managing Member of Independence Capital Management, LLC. This Affidavit is submitted in accordance with the Court's order dated October 26, 2005, as amended, by the Court's Order dated December 14, 2005.

(4)     I certify that all references to "Independence Capital Management, LLC," or any similar mark, have been removed from websites under my control. I will no longer use the name, Independence Capital Management or any mark or name confusingly similar thereto.

(5)     Independence Capital Management, LLC has entered into a confidential Settlement Agreement, Receipt and Release ("Release"). The Release contains provisions that satisfy Independence Capital Management, LLC's obligations to pay Plaintiff, Independence Capital Management, Inc., attorney's fees, disbursements and any other monetary relief under the Court's Order. The Release further resolves all outstanding claims against Independence Capital Management, LLC and its officers, directors, partners, owners, agents, attorneys, insurers, employees, and representatives and dismisses, which were brought or could have been brought in this litigation and dismisses with prejudice, Independence Capital Management, LLC from this litigation.

NO.99573180.1

The foregoing information is true to the best of my knowledge, information and belief and I would so testify in a court of law.

_____
HENRY TO

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 20 DAY

OF DECEMBER, 2005.

_____
NOTARY PUBLIC

State of Texas   County of Harris
Subscribed and sworn before me on 12-20-05
                                    (Date)
_____
(Notary Signature)
Leslie Marina Garza



LESLIE MARINA GARZA
Notary Public, State of Texas
My Commission Expires
June 22, 2008

3

NO.99573180.1